# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA



SHAWN L. SPEAR,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

vs.

Civil Action No. 5:04-cv-65

COMMISSIONER OF
SECURITY ADMINISTRATION,

    Defendant.

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to F.R.C.P. 58, that a judgment be entered. It is therefore

**ORDERED AND ADJUDGED** that this Court ACCEPTS and ADOPTS Magistrate Judge's Report and Recommendation in its entirety. This civil action is DISMISSED and STRICKEN from the active docket of this Court.

                      Wally Edgell, Ph.D., Clerk

                      By _____
                             Deputy Clerk

Dated this 16th day of May 2005